

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRIAN FRANCOLLA
*Senior Counsel*
Tel.: (212) 356-3527
Fax: (212) 788-9776

February 4, 2014

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>Meaghan Brennan v. Police Officer Yubini, et al.</u>, 13 CV 150 (RJD) (JO)

Your Honor:

        I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to handle the defense of the above-referenced matter on behalf of defendants. In that capacity, I write jointly with plaintiff's counsel, Baree Fett, Esq., to advise the Court that this matter has settled. The executed settlement paperwork will be filed with the Court shortly. As such, the parties respectfully submit that the conference scheduled for February 14, 2014, at 9:30 a.m., is no longer necessary.

        Thank you for your consideration herein.

        Respectfully submitted,

Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc: Baree Fett, Esq. (By ECF)
Harvis, Wright & Fett, LLP
Attorney for Plaintiff
305 Broadway, 14th Floor
New York, New York 10007