UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

MEAGHAN BRENNAN,

                                                  Plaintiff,

                            -against-

Police Officer ALDO YUBINI, Shield No. 8600; Police
Officer LEE WITTEK, Shield No. 24768; Sergeant
MICHAEL LAZZARA, Shield No. 473; and JOHN and JANE
DOE 1 though 10, individually and in their official capacities,
(the names John and Jane Doe being fictitious, as the true
names are presently unknown),

                                                 Defendants.
---------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-150 (RJD) (JO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Harvis, Wright & Fett, LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
Baree Fett
*Attorney for Plaintiff*

Dated: Brooklyn, New York
_____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Yubini, Wittek and Lazzara*
100 Church Street, Rm. 3-142
New York, New York 10007

By: _____
Brian Francolla
*Senior Counsel*

SO ORDERED:

_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE